IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JENNIFER SANTUCCI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEKOMTE DE TEMPLE, LLC, )<br>)<br>Defendant. ) | Civil Action File No:<br>1:19-CV-02157-SCJ |

**ORDER APPROVING SETTLEMENT AND
DISMISSING PLAINTIFF'S ACTION**

THIS MATTER is before the Court upon the parties' Joint Motion to Approve Settlement Agreement. The Court having reviewed the Motion and being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion to Approve Settlement Agreement is **GRANTED**.

2. The Court finds that the agreed-upon terms and conditions of settlement of this litigation arising under the Fair Labor Standards Act, as set forth in the Settlement Agreement, are fair and reasonable under the circumstances, and the Settlement Agreement is hereby **APPROVED**.

3. This cause is hereby **DISMISSED** with prejudice, with costs and fees to be paid pursuant to the terms of the Settlement Agreement.

4. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

**IT IS SO ORDERED** this 27th day of  September   , 2019.

         s/Steve C. Jones
         The Honorable Steve C. Jones
         United States District Judge
         Northern District of Georgia